**STATEMENT OF FACTS**

Case: 1:20−mj−00174
Assigned To : Meriweather, Robin M.
Assign. Date : 9/4/2020
Description: Complaint w/ Arrest Warrant

On August 12, 2020, an online covert employee ("OCE") assigned to the Federal Bureau of Investigation ("FBI")/Metropolitan Police Department ("MPDC") Child Exploitation and Human Trafficking Task Force ("CEHTTF") portrayed being a 20-year-old female that lived in Washington, D.C. utilizing a an online social media platform known to law enforcement to be a site where individuals involved in the commercial sexual exploitation of women attempt to recruit women and girls to work as prostitutes for their financial benefit.[1]

In this capacity, the OCE was contacted by user "Mr. Hollywood," later identified as GLEN BOND, with a date of birth of August 6, 1971 (herein the "DEFENDANT"), on August 12, 2020.  He stated, "SEXY I GOT A LOT GOING ON OVER HERE AND IN NY I AM LOOKING FOR A DOWN ASS BITCH THAT LIKE GETTING MONEY LIKE I SAID I WANT YOU." The DEFENDANT's social media account had a biography that stated, "IM ABOUT GETTING MONEY IF ITS NOT ABOUT MONEY THEN IT MAKE NO SINCE TO ME!!!" The account also had numerous pictures of large amount of cash, messages that referenced making money, numerous pictures of different women at parties and stripper events, and messages that referenced sexual activity and operating a commercial sex enterprise. For example:

- A picture of a green road sign that stated, "Fucking and Sucking, Next Exit 1 Mile."
- A post which stated, "I only fuck wit bitches I can win with."

---

[1] The name of this social media application is known to law enforcement.  It is being withheld to protect the integrity of ongoing investigations.

- A post of large stacks of cash, with the message, "IM ON MY GRIND."

- A post that stated, "Stop living the renegade[2] life and Choose and real P." [3]

- Advertisement for "The Official Players Ball." [4] The advertisement is cropped and there are no details about the date ot location of the event.

- A picture of large amount of cash with the message "PIMP" and a crown.[5]

On August 27, 2020, the OCE responded to the DEFENDAN and provided a phone number, The DEFENDANT sent the OCE a text message from phone number (973)862-9496. After some initial text message communication, a confidential human source ("CHS") spoke with the DEFENDANT on the phone.[6] During the call, the DEFENDANT stated that he wanted to be" blunt" and that the CHS would be having sex with clients. The DEFENDANT said that he has girls in hotels, strip clubs, and "street walkers" in the New York area. The DEFENDANT stated that New York is the only place where everything is open and CHS could make very good money. The DEFENDANT said that the CHS would stay with him and his other girls at his residence. The DEFENDANT told the CHS that she would be his "boss bitch" and would be trained to be run the other girls.

The CHS asked the DEFENDANT about whether she would she be wearing condoms when she met with clients. The DEFENDANT responded that she would be wearing condoms all the time, and that her safety was important to him. The CHS asked what would happen if she got

---

[2] Renegade is a term used to describe a female involved in commercial sex that is operating on her own and does not have a pimp.
[3] The letter P is used to refer to Pimp
[4] The Players Ball is an event gathering of pimps, held in various location across the country.
[5] Crowns are used by pimps and signify that are kings of their operation.
[6] While the OCE attempted to record this call, the recorder malfunctioned and did not record the call. The OCE did listen to the entirety of the call as it was taking place and took notes on the substance shortly after it ended.

caught by the police. The DEFENDANT explained that "prostitution" is a misdemeanor and usually it gets dropped down to a fine but he would help her with that. The DEFENDANT stated he would be able to provide a phone for her and get it set up. The DEFENDANT stated he would put the application "Life360,"[7] on it so that he would be able to track her wherever she was. The CHS asked about how much money she would be able to keep. The DEFENDANT replied that when they collect the money up for the night, she would be taken care of and be able to save some of the money or send some back home. The DEFENDANT did not provide a percentage or dollar amount the CHS would be able to keep. After the phone call, the conversation continued via text message on the same day:

> DEFENDANT: So we good baby
>
> OCE: Yea. I will u let u know
>
> DEFENDANT: Ok baby
>
> DEFENDANT: You ok baby how was your thinking process going?
>
> OCE: Good. Just thinking of some logistics with my aunt.
>
> OCE: I've been helping her out, so just want to make sure she is good
>
> DEFENDANT: Will like i said i got you all the way baby
>
> <Conversation continued later that same day>
>
> OCE: Have u been doing this a long time?

---

[7] Life 360 is a family social networking application that allows members to know the location of other users who are lined as family members on the application.

>DEFENDANT: Ok baby do what you have to do. And yes i gave been doing that for a long. Time and i am good at what i do baby
>
>DEFENDANT: Also let me say i will do everything in my power to make and keep you happy
>
>DEFENDANT: I want you to tell me that i am your and your pussy is for me to keep happy and good that is what i want you to say to me sexy
>
>OCE: Sounds good to me
>
>DEFENDANT: It's all good baby like i said i got you
>
>OCE: 😁
>
>DEFENDANT: Don't take too long baby
>
>OCE:  I won't
>
>DEFENDANT: OK

On August 28, 2020, the OCE told the DEFENDANT that a friend was interested and asked if she would be able to come too. The DEFENDANT replied, "Send me a picture of her but ya she would able to get down as long as she knows what she's getting into so send me a picture of her." After sending a picture of an Undercover Covert Employee ("UCE"), the conversation continued:

>OCE: We can both make good money, right?
>
>DEFENDANT: Absolutely

>DEFENDANT: That's if you both listen to me and follow what I say yes we can make a lot of money
>
>DEFENDANT: I will show you how not to want for nothing and we can have everything
>
>DEFENDANT: So are going to be my ride or die bitch no matter what?
>
>OCE: I think so
>
>OCE: I think my friend a little worried about getting std but I told her that we always wear condoms. Like u said
>
>OCE: Maybe u can make her feel better about it
>
>DEFENDANT: I'll will talk to her

On August 29, 2020, a UCE, posing as the friend, had a recorded phone conversation with the DEFENDANT. The UCE initially stated she was concerned with getting a sexually transmitted disease. The DEFENDANT interrupted her and asked if he could be "blunt." The DEFENDANT stated they he "laid out several things to her (meaning the CHS) and she preferred the street walker thing. It's easier. Faster. And more money." The UCE asked what street walker meant and the DEFENDANT described it as "walking corner to corner, stopping cars. Everything is done with a condom. I don't care how much money somebody offers you, your safety is my concern." The DEFENDANT continued that he was going to be out on the street with them and would be teaching them what to do, from what to say to how to interact with the clients.

The DEFENDANT stated, "prostitution is the lowest thing on the totem pole in the city of New York. That's a desk ticket or appearance ticket. The police for the last 8 months have been letting the girls work. When you get out there you will see there is almost anywhere from 20 to 30 girls out there doing the same thing you gonna be doing." The DEFENDANT continued, "You are my girls. You understand me. You don't ask no one else but me. My job is to make sure we get from point A to point B, we get our money, and come back home. Nobody gives up free pussy or nothing like that. Just to keep it 100,[8] the only one who gets free pussy is me. You understand me." The DEFENDANT continued, "I know for a fact that we are going to make a lot of money." The DEFENDANT asked the UCE if she "suck a dick good," and had a "good pussy." The UCE replied that she had not had any complaints. The DEFENDANT stated, "the object of this is do it fast, make them nut,[9] get out so you can catch the next date." The DEFENDANT said that girls can make from $500-$1000 a night but explained that he will be regularly collecting the money from them. The DEFENDANT continued, "I'm going to teach you how to stay in pocket with them other pimps that's out there. If you follow my instruction, you will be better off. You will be good and no will fuck with you. Everyone will know, Hollywood has in pocket girls. In pocket means they follow the rules."

The UCE asked the DEFENDANT about an application "her friend' said that the DEFENDANT would put on her phone. The DEFENDANT stated he will put the "360" application on her phone, so that he will always know her location. The UCE then asked if she would get an allowance, and the DEFENDANT replied that all the money comes to him first. The DEFENDANT stated that if she needed money to send home, do her nails or hair, or get

---

[8] 100 is a slang term for being honest.
[9] "Nut" is a slang term for orgasm,

something from the store, he will take care of it. The DEFENDANT continued, "Yall don't have nothing to worry about, just to make the money. My job is to take care of everything else."

After the phone call, the DEFENDANT continued talking to the OCE via text message and asking her if she had made a decision yet.  He agreed to drive from New Jersey to Washington, D.C. to pick up the purported females to engage in prostitution. They agreed the DEFENDANT would drive down to Washington, D.C. on September 3, 2020. On August 31, 2020the conversation continued:

> OCE: Thinking about coming to NYC. What should I bring? How long will i there?
>
> DEFENDANT: Bring. The most sexy and the most provocative sexy mini skirts and short-shorts whatever else you need will get it while you down here okay baby. Baby
>
> OCE: Ok
>
> DEFENDANT: Join my Life360 Circle! Use my invite code CQH-XOC. Download the app here: https://i.lf360.co/hhoFSGBLp9
>
> DEFENDANT: Hook that up to your phone baby
>
> OCE: Going to need ur help with that I think
>
> OCE: I got a Nokia phone and that app doesn't seem to be working
>
> DEFENDANT: GM baby Ok going to get you a new phone ASAP
>
> OCE: Thanks. This phone sucks

Throughout the next few days, the DEFENDANT continued to check in with the OCE to ensure she was still planning to come to be his "bitch." On September 3, 2020, the DEFENDANT confirmed that he would be driving to Washington, D.C. to pick up the purported female. The DEFENDANT stated it was about a 4 hour drive. The conversation continued:

> OCE: U taking us right back to NY when u get us, right?
>
> DEFENDANT: No we going to stop at the crib first get yourself situated let y'all freshen up have a talk with y'all and then we out to go get money okay baby
>
> OCE: Crib in NJ
>
> DEFENDANT: Yes

On September 3, 2020, at approximately 1:00 pm, the DEFENDANT stated he was getting on the highway. During the next few hours, the DEFENDANT sent updated pictures of himself driving in Delaware and Maryland. At approximately 6:45 pm, a black Dodge Journey, bearing New Jersey tags "H WOOD," entered the parking lot of the prearranged location of Ivy City Motel, 1615 New York Avenue, Northeast, Washington, D.C. At the same time, the DEFENDANT text messaged the OCE to come out. The OCE replied that she was in room 116 and the vehicle then parked directly in front of the room. Members of MPDC Fifth District Crime Suppression Team and CEHTTF approached the vehicle and placed the DEFENDANT, who was in the driver's seat, under arrest.

The DEFENDANT was taken back to the station, advised of his rights, and agreed to answer question without having an attorney present. The DEFENDANT stated he was only coming down to Washington, D.C. to engage in prostitution with the purported females. The DEFENDANT admitted to meeting the purported female on social meida and exchanging text

messages with her. The DEFENDANT admitted to talking on the phone with both purported females. The DEFENDANT denied that he was a pimp, and stated that he had no intention of having the purported females work for him in prostitution. The DEFENDANT admitted that he had discussed putting the Life360 application on the female's phone but it was for their safety. The DEFENDANT stated he was a party promoter and described himself as being the "hype man." The DEFENDANT denied ever having any females engage in prostitution for him.

Respectfully submitted,

Jeremiah Johnson
Detective
MPD

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 4th day of September, 2020.

ROBIN M. MERIWEATHER,
UNITED STATES MAGISTRATE JUDGE