# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 20-MJ-174 (RMM)** |
| | : | |
| **GLEN BOND,** | : | **VIOLATION:** |
| | : | 18 U.S.C. § 1952(a)(3)(A) |
| **Defendant.** | : | |
| | : | **FORFEITURE:** |
| | : | 18 U.S.C. § 2428 |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between the dates of August 12, 2020 and September 3, 2020, in the District of Columbia and elsewhere, the defendant, Glen Bond used a facility of interstate commerce, to wit: a cellular phone and the Internet, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, to wit: a business enterprise involving prostitution, in violation of the laws of the state of New York and the District of Columbia, and thereafter performed and attempted to perform the promotion, management, establishment, carrying on and facilitation of the promotion, management, establishment, and carrying on of such unlawful activity: to wit traveling in interstate and foreign commerce with the intent to transport and induce another to travel in interstate and foreign commerce to engage in acts of prostitution.

**(Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises**, in violation of 18 U.S.C. § 1952(a)(3)(A))

## FORFEITURE ALLEGATIONS

As a result of the violation of 18 U.S.C. § 1952(a)(3)(A), as set forth in Count One of this Information, upon conviction the defendant shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, pursuant to 18 U.S.C. § 2428.

Such property includes, but is not limited to, a money judgment equal to an amount as proved in this matter, representing the total value of property subject to forfeiture from the defendant for his violation of 18 U.S.C. § 1952(a)(3)(A) as alleged in this Information. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with, a third party;

(3)   has been placed beyond the jurisdiction of the Court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2428 and/or 18 U.S.C. § 2461(c), to seek to forfeit any other property of the defendant up to the listed value.

                                          MATTHEW M. GRAVES  
                                        United States Attorney  
                                        D.C. Bar Number 481052

By:          _____  
                                      Angela N. Buckner  
                                      DC Bar #1022880  
                                      Assistant United States Attorney  
                                      United States Attorney's Office  
                                      555 Fourth Street, N.W.  
                                      Washington, DC 20530  
                                      Phone: (202) 252-2656