UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

:

:    Criminal No. 1:22-cr-65 (RC)

:

GLEN BOND    :

### ORDER

Upon consideration of the Defendant's Unopposed Motion for Modification of Conditions of Release, it is hereby ORDERED that the Defendant's Motion is GRANTED. U.S. Probation for New Jersey may remove Defendant's GPS monitor no more than two days before he is scheduled for an MRI and must return him to GPS monitoring within two days after the MRI is completed.

Date: 4/26/2022

THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA