UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Criminal No. 1:22-cr-0065 (RC) |
| | : |
| **GLEN BOND** | : |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Glen Bond, by and through his lawyer, moves to continue his Sentencing Date from September 1, 2022.

1. Glen Bond is set for a sentencing hearing on September 1, 2022 after pleading guilty to interstate travel or transportation for purposes of racketeering, in violation of 18 U.S.C. § 1952 (a)(3)(A).

2. Counsel for Mr. Bond has been preparing for a trial that, for now, is set to begin on September 5, 2022. Counsel also has been on leave. Because of the combination of those factors, counsel will be unable to submit materials for sentencing by the deadline of August 22, 2022. Counsel thus seeks a short continuance of approximately two weeks and a correspondingly adjustment for the deadlines for sentencing submissions.

3. Mr. Bond has been on home incarceration and then on pretrial release for nearly two years and has never violated his conditions of release.

4. The government does not oppose this Motion.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500